

fisherphillips.com

**New York**
Times Square Tower
7 Times Square
Suite 4300
New York, NY 10036
(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9985

**Writer's E-mail:**
jreiter@fisherphillips.com

November 10, 2023

<u>**Via ECF**</u>
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

       Re:     *Maria DiMeglio v. Headlands Ventures, LLC D/B/A Mike's Bikes*
               <u>Civil Action No. 23-cv-06217 (JPC)</u>

Dear Judge Cronan:

     I represent Defendant Headlands Ventures, LLC d/b/a Mike's Bikes ("Defendant") in the above referenced action.  I write to inform the Court that the parties have reached a settlement in principle.  Accordingly, the Parties jointly request a stay of all upcoming deadlines in order to allow the parties to finalize their agreement.

                        Respectfully submitted,

                        *s/ Justin W. Reiter*

                        Justin W. Reiter
                        For FISHER & PHILLIPS LLP

cc:    Counsel of record (via ECF)

The request is granted.  All deadlines, including Defendants' deadline to answer or otherwise respond to the Complaint, are adjourned *sine die*.  By December 11, 2023, the parties shall file a letter advising the Court on the status of settlement, unless the case has already been dismissed by that date.

SO ORDERED.
Date: November 17, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge