UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maria Dimeglio,
on behalf of herself and all others similarly situated,

    Plaintiffs,

v.             CASE NO.: 1:23-cv-6217

Headlands Ventures, LLC d/b/a Mike's Bike

    Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Maria Dimeglio and the Defendant Headlands Ventures, LLC d/b/a Mike's Bike that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 15, 2023

| For Plaintiff Maria Dimeglo | For Defendant   Headlands Ventures, LLC d/b/a Mike's Bike |
|---|---|
| Mark Rozenberg<br>Stein Saks, PLLC<br>1 University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | Justin Warren Reiter<br>Fisher & Phillips<br>7 Times Square Suite 4300<br>New York, NY 10036<br>Ph: (212) 899-9985<br>jreiter@fisherphillips.com |

1

## CERTIFICATE OF SERVICE

I certify that on December 15, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

*/s/ Mark Rozenberg*

Mark Rozenberg
**Stein Saks, PLLC**
1 University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*
